IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |  | |
|---|---|---|---|
| UNITED STATES, | ) | | |
| | ) | | |
| v. | ) | Criminal No.: | 3:12-cr-00047-HEH–5 |
| | ) | Record No.: | 13-4467 |
| TORRY VON ZENON, | ) | | |
|     Appellant. | ) | | |

## MOTION TO TEMPORARILY SUSPEND BRIEFING SCHEDULE

COMES NOW, the appellant, by and through counsel, and moves this Honorable Court to temporarily suspend the briefing schedule as follows, to-wit.

1. The appendix and opening brief are due by August 14, 2013.

2. Counsel has conferred with the sentencing counsel, Mr. Brent Jackson, as to the existence of any appellate issues which may have arisen during the sentencing phase.

3. Counsel as attempted to confer with trial counsel, Mr. John Mann, on several occasions to inquire as to the existence of any viable appellate issues during the pretrial and trial phases.

4. Mr. Mann has not communicated with counsel. Both counsel and Mr. Mann were to have a meeting to discuss the case. Mr. Mann was in court and thus did not appear nor have his secretary call counsel to inform him that such meeting may not take place.

5. Subsequent to the date of the meeting counsel contacted Mr. Mann to inquire as to what possible appellate issues may exist at either the pretrial or trial

1

stages. Counsel informed Mr. Mann that the court strongly discourages the ordering of the transcript of the voir dire, opening and closing statements, and thus needed to identify the location of any proper appellate issues. For example, there may exist a *Batson* issue or issue regarding an improper prosecutorial statement made during opening or closing.

6. To date counsel has not heard from Mr. Mann.

7. To date counsel has not heard from his client, Mr. Zenon, on his thoughts on the case despite contacting Mr. Zenon.

8. Counsel is loathe to order the transcript of the voir dire, opening and closing statements. Likewise, this court discourages the ordering of the entire transcript as stated above.

9. Counsel has conferred with the United States Attorney who does not object to a two week extension.

WHEREFORE, counsel prays that this Honorable Court will temporarily suspend the briefing schedule to allow him the opportunity to fully investigate the existence of any proper appellate issues on the aforementioned grounds.

> Respectfully submitted,
>
> TORRY VON ZENON
>
>
> By:_____
>     Of Counsel

Steven P. Hanna, Esquire
The 21 Professional Center
2025 East Main Street, Suite 116
Richmond, Virginia 23223-7069
Telephone (804) 643-3979
Telefax (804) 732-3073
VSB#:  37665

## **C E R T I F I C A T E**

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time was emailed via ECF to Peter S. Duffey, Esquire, Office of the United States Attorney, 600 East Main Street, Suite 1800, Richmond, Virginia 23219 on this   8th   day of August, 2013.

                                                    Steven P. Hanna, Esquire