FILED: August 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4331 (L)
(3:12-cr-00047-HEH-10)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

VINCENT A. WILLIAMS, a/k/a V

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 09/13/2013

Opening brief due: 09/13/2013

Response brief due: 10/09/2013

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk